**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

STEPHANIE ARLENE MILLS                                                                                       PLAINTIFF

v.                                          NO. 4:10CV01996 JLH

MALCBNDR581, LLC, d/b/a VALLEY
RANCH NURSING & REHAB CENTER                                                                  DEFENDANT

### ORDER OF DISMISSAL

Having been informed by the parties that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 3rd day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE